PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| E.V., *et al.*, ) | |
| ) | CASE NO. 4:25-cv-2069 |
| Petitioners-Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| KEVIN RAYCRAFT, *et al.*, ) | |
| ) | **ORDER** |
| Respondents-Defendant. ) | |

Pending before the Court is Petitioners' Motion for a Temporary Restraining Order and/or Stay of Removal (ECF No. 8). A Telephonic Hearing regarding the Motion shall be held on Tuesday, October 14, 2025, at 3:00 p.m. To ensure fair and orderly consideration of Petitioners' Motion (ECF No. 8), the matter is hereby STAYED.

Pending further Order of the Court, IT IS ORDERED that:

1. Respondents shall not deport, remove, or otherwise transfer Petitioners E.V. and M.F.E. outside of the jurisdiction of the Northern District of Ohio United States District Court.

2. Respondents may submit a written response to Petitioners' Motion (ECF No. 8) no later than 12:00 p.m. on Tuesday, October 14, 2025, or, in the alternative, present oral arguments during the Telephonic Hearing. Petitioners may reply to any response from Respondents orally during the hearing.

3. On October 14, 2025, at 3:00 p.m., Petitioners' counsel shall initiate a telephonic conference call to the Court at (330) 884-7435 with Respondents' counsel on the line. Each side

(4:25CV2069)

shall be prepared to voice its position regarding Petitioners' Motion.

     IT IS SO ORDERED.

| October 10, 2025 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |